O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARJORIE YOUNG,                          )          CASE NO. CV 11-02616 RZ
                                         )
                   Plaintiff,            )
                                         )          JUDGMENT OF REMAND
          vs.                            )
                                         )
MICHAEL J. ASTRUE, Commissioner          )
of Social Security,                      )
                                         )
                   Defendant.            )
                                         )

          In accordance with the Memorandum Opinion and Order filed concurrently

herewith,

          IT IS ORDERED AND ADJUDGED that the decision of the Commissioner

of Social Security is reversed and the  matter is remanded to the Commissioner for further

proceedings consistent with the Memorandum Opinion.


          DATED:  January 30, 2012



                              _____
                              RALPH ZAREFSKY
                              UNITED STATES MAGISTRATE JUDGE